**STATE of Missouri, Respondent,**

v.

**Anthony LYLES, Appellant.**

**No. 62922.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 16, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 16, 1993.

Application to Transfer Denied Jan. 25, 1994.

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant, Anthony Lyles, appeals from his conviction, after a jury trial, of involuntary manslaughter. Defendant was sentenced to imprisonment for seven years.

No jurisprudential purpose would be served by a written opinion. Defendant's conviction is affirmed. Rule 30.25(b).